Submitted March 24, 1982. Thomas McCarr, appellant, in propria persona; Marion E. Mac Intyre, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.

448 A.2d 1170

Commonwealth v. Howe, Jr., Appellant.

Argued February 17, 1982. Raymond J. Falzone, Jr., for appellant; Joseph A. Smyth, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Affirmed.

448 A.2d 1170

Commonwealth v. Howell, Appellant.
Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted September 21, 1981. Arthur K. Dils, for appellant; William

588

A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

448 A.2d 1170

Commonwealth v. Jacobs, Appellant.

Submitted April 6, 1982. Karen Deanna Williams, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

448 A.2d 1171

Commonwealth v. Jones, Appellant.

Submitted March 24, 1982. Susan Claire DeYoung, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.